45 So.3d 526 (2010)
Lisa Marie HUTCHINGS, Appellant,
v.
Wesley Dale HUTCHINGS, Appellee.
No. 4D09-3298.
District Court of Appeal of Florida, Fourth District.
September 29, 2010.
Rehearing Denied October 15, 2010.
Lisa Marie Hutchings, Santa Monica, California, pro se.
A. Matthew Miller of Boies, Schiller & Flexner, L.L.P., Hollywood, for appellee.
*527 PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150 (Fla. 1979).
TAYLOR, HAZOURI and CIKLIN, JJ., concur.